Good morning and may it please report. My name is Cary Sitrenberg. You're representing the appellant Michael Schnittker. This case presents three distinct prongs of a double jeopardy analysis. The first prong all of course relate to determining what jeopardy attached to the first indictment and then what jeopardy attached to the second indictment and the last issue is was there a conviction for this well can a person be sentenced for convictions for the same images under 2252 not capital A just the regular 2252. I thought this was an interesting case. Many, many years ago when I was a trial judge with the military we would see cases like this dealing with pornography all the time and I'm trying to understand the strategy of the defense counsel entering a plea as only to Weston vigil and then subsequent prosecution on a receipt dealing with a type of issue and I was wondering why did I ever see this and procedurally the way I remember it happening is upon entering the plea question would be asked to the government do you intend to go forward with the other charged crime what it was a lesser included offense do you intend to go forward with the greater one and I thought that was done here. I thought the prosecutor here at least the we're going to prosecute the receipt crime. That is true on that indictment your honor they said they were going forward on the receipt crime on that indictment with the narrower date range the new indictment the superseding indictment had an expanded date range and there's a reason the government went back to the grand jury and procured that new indictment with the new date range because the original indictment had a date range that would have given it some trouble in getting a conviction under count one there is a reason they went back and went to a grand jury and did it over again because the way that the technological evidence would have come out showing receipt of images in the particular period initially alleged 2011 to 2013 might not have gotten them to a conviction because of the way the technology would only show necessary receipt starting in 2010. If all that's true why didn't the defendant move on double jeopardy before the trial? Under the rules we are not required to move under double jeopardy. I didn't ask you that I'm just saying why didn't you do it you know double jeopardy has not to do with facing a second conviction it has to do with facing the second trial. That's that's correct your honor and for for some reason for for strategic reasons. Strategic reason? Yes for strategic reasons you decided to put your client through a trial? Well the client was again I believe the ultimate reason why the timing was what it was ultimately doesn't affect the legal error in the case. The timing issue relates to the choice of counsel in terms of when. I know you know it raised a question in my mind is this legal theory thought of after the fact or is it just stumbling through I don't understand. I don't understand why this makes that and I was if I can add this to I was a district judge for 12 or 13 years this makes the posture of it not that it necessarily impacts on the case makes no sense to me why you would well a person would plead to one of two counts with no plea agreement. I thought that perhaps the purpose of that was to take a chance on the second one with some of the more terrible evidence not being introduced so there wouldn't be some risk of prejudice. I was trying to factor what happened and then you see you're right the government does go back in and go all the way through the trial. All of that together just doesn't seem to make any sense whatsoever to me. I can't I'll just say I can't address the question of why the plea to one count and not the other count. Again we recognized as the government did that there was a potential problem with count one of the initial indictment that problem being the date range. By pleading guilty to count two and attaching jeopardy to that indictment we locked in that indictment so that the government could not supersede. But if that's all then why wouldn't you move why wouldn't you move for double jeopardy protection at the start of the trial? There are various considerations perhaps. Well I tell you sure gave me the consideration for the first part of my question. Yes there are various considerations and again well I don't think this the strategic reasons as to why again it gives the judge the ability to consider and it also gives us the if we raise double jeopardy before trial double jeopardy relates not just to the two indictments but also the same images at It alerts the government. Are you saying you were trying to basically snippet the other side on this by using double jeopardy as a sword? It was. I mean I mean but sounds like to me you got all these charges I'm gonna go ahead and plead it is. That's gonna lock them in and they're not even gonna realize what's happening until it's already happening and now we've got double jeopardy. I don't believe it's using it as a sword because in this case that the Ohio case uses it as a sword in the guilty that they were going to supersede. Say that again. We the defense did not know and the record is very clear that at the time of the guilty plea the defense was unaware that there was going to be a superseding indictment. The defense was not aware of that and that's reflected by the government. Were you aware they could be? No well I mean anything's possible. You had other you had these other crimes there I mean you had this this receipt notice and you were only pleading to a portion of it what would make you think did I so I take it you didn't tell your client this. You didn't tell your client there could be another indictment at the time. We at the time that's correct we did we had no reason to believe the government would not proceed on count one of the original indictment. They'd given us no indication they would not proceed on count one of the indictment. At the colloquy they said we're going forward. I just think it in terms of a defense counsel it's always difficult when you make those kind of decisions but I probably would have asked rather than to put my client in that position of you could also be charged with this other stuff. I mean I don't see what make made you think it was going to go away particularly in the same trial. I mean is it what let me ask that was there a judgment in it on the plea before the start of the second trial? There was not but but pursuant to case law and authority. Hold a minute before you go to I just want to make sure I got that answer. You said there was not. There was not a judgment. If there had been a I do not because I believe that jeopardy attaches the time the plea is accepted and that's what the case law says. Jeopardy does not depend on the time the court or its final judgment. Jeopardy attaches at the time the plea is accepted and because that's the time which jeopardy attaches that's the time in which the indictment becomes the only indictment under which the government go forward as to those issues and again we didn't there are lots of cases where there's a plea to one part and there's there'll be no reason for us to expect the government would supersede. You say jeopardy attaches at the time the plea is in it the government cannot then prosecute on anything else? That is not in that indictment. That is that is that is related conduct to that indictment. If there's conduct encapsulated in that indictment they must go forward on that indictment with the remaining count. They cannot come back with a new indictment because that creates a subsequent prosecution. And you think they superseded because they realized you were trying to snooker them? Well I think we were not trying to I guess snooker you know there's a adversarial procedure that's the posture of these cases and we were exercising our rights to the Constitution to plead guilty. Yeah I know that's what we're calling snookering. Snookering in this context because you isn't it correct that that looks like a procedure to use that you would plead to one count and then bar them although they it was an advantage of doing I mean there are lots of potential reasons you would you would do it in addition to that one they could add various other types of. Listen to me I didn't say that was wrong don't be defensive. I'm just saying that's that's apparently your strategy in doing something. Yes I think the record reflects there was strategizing and that let's just be clear the government was strategizing too when they didn't divulge to us or the court that we're going to be superseding seven days later. They perhaps realized we were doing and they also strategized by hiding from us. I don't know that they did they have to do that. I believe under the authority I cited in my brief they do have to do that. They have to tell you they're planning to supersede. They do they have to tell us and they have to let us give us the chance to because that's that's the whole point of what Ohio v. Johnson says is we can't plea over objection they say your honor we intend to supersede. The plea has to be voluntary and if the plea. I don't want to take it too far. Go ahead and make your argument whatever you want to make about double jeopardy. Thank you I just want to address a couple brief points related to some individual issues. One issue is with with respect to with respect to the two indictments we've addressed a lot of that as to the third issue which is the same images that's a almost a kind of a distinct question. Let me ask you this. Your argument on double jeopardy rises and falls on the fact there was a superseding indictment. With respect to the first two issues I believe that is that is correct. With respect to the third issue even if this were a unified prosecution that would not be the case because because under the third issue same evidence same evidence same images and I just want to quickly point out all the images weren't the same. All the it's unclear whether well there were whether they were child pornographic images. It's unclear whether the child pornographic images under which the judge makes his decision were the same. There were testimony by the government witness was simply there were different images. Whether there were different child pornographic images is not in evidence and the judge didn't make finding as to those different evidence. As far as the judge knew and he his opinion says I don't need to reach this issue because I'm going to follow Shales. I just wanted to quickly make one point about Shales. Shales was a as the court may have may not have noticed the First Circuit case arose under a dual possession circumstance and the Shales case arose under a receipt and a possession circumstance and even though the First Circuit case arose under dual possession it rejected Shales and it said and it you know it's interesting Shales said on page 979 which is the page they cite the government asserts that this separate conduct the receipt of child pornography pictures on his computer hard drive and the subsequent printing out of these images and retaining them on multiple disks distinguishes this case. So the Ninth Circuit case is not a problem and then the First Circuit rejected that. The First Circuit could have simply said the Ninth Circuit case is distinguishable because that's a receipt in a possession case this is a dual possession case. They didn't say that. They said if it's under 2252 non-A the possession count bars that image being re-prosecuted under proceed because when you're when you plead guilty to that particular image a particular image you plead the way the more hard drives so in each hard drive in which that image is found your plea is encapsulated so if you pled guilty to a particular image on the Western Digital that image is now protected under the other hard drives in the count in the case and so if there's a receipt count for that image in another hard drive the lesser included would be prohibited that is to say possession of that image therefore receipt of that image to that hard drive. Why do you think the superseding indictment why do you think because that brings in a different range of dates have to go to different images? It can go to different images and to proof and to proof because what one thing the defense would likely have done and the government knows this is why they superseded is we could have introduced expert testimony to show that the dates that were supported by the various evidence of the court saw don't establish actual receipt in that time frame because of when the actual program was installed there's a issue with the had planned to call expert testimony on that issue to show that that other part of the danger it could have been the part of the receipt and it would have made it problems for the receipt and that's why the government did it government again as I point out repeatedly went back to the grand jury for that reason because they didn't want us to give us that opening for defense to be able to say yes there's possession here but as to the receipt we can't really tell whether there's receipt or not. So your argument on superseding isn't a principle that a superseding indictment destroys necessarily it makes the case for double jeopardy it's your argument is it does so factually in this case well factually and legally. I would raise both arguments and we did with the district court as well first of all the mere instance of a superseding indictment we would assert and not to conceive the point is always necessarily a new prosecution. Wait a minute before you leave you saying a brawl if there's a single indictment? That's not what I'm saying I'll be clear I believe that once you and if I respond notwithstanding the red the red button I believe that once you have pled guilty to one count to certain conduct I'll call it under one indictment that conduct may only be prosecuted to a greater extent on that indictment and I believe my brief cites to part of the motions that were filed in the case and if you look at the brief you'll see there's extensive case law cited supporting that fact that it must be go forward on that indictment. I also would assert again as judge noted that there was a material change and if the court finds materiality is required I believe there was a material difference in this case but I don't believe that it's required. Thank you. Mr. Caruso. Good morning, your honors. May it please the court. Mr. Citraberg ended his argument by saying that whenever there is a superseding indictment that is necessarily a subsequent prosecution. The government is unaware of any case that would stand for that prosecution of that proposition and it does not appear to have any reason reasonable basis in the law and thinking of other analogous circumstances in which in his superseding indictment comes into play one example might be where the government supersedes after the statute of limitations has run. Well let's talk about what happened here. You disagree with him on that. What about what happened here? What? You superseded it. That does change the facts of the case. So I was not trial counsel. But the main difference to me you represent the government. Of course and and after that suspect it doesn't make any difference to anybody on this panel. It does not but just for the sake of my explanation my understanding from speaking with trial counsel was that Mr. Citraberg said was essentially right and that it made the government's proof easier at trial to have this extended date range but as to your honors question I believe that the date range is not an element of the receipt charge here. So count one charge receipt and whatever that date range is it would be similar to an indictment that had on or about and then the colleague was what answer did he give you for what he thought was going on with the plea to just one count? His his guess was that given that there was a substantially higher mandatory minimum on the receipt count a 60 month mandatory minimum and given that there was potentially here if to the initial initial date range maybe as Mr. Citraberg argued they had a better argument about receipt they would roll the dice plea in front of the same they had a bench trial roll the plea to the possession count and then roll the dice in front of that same judge and hope that the plea to the possession count would have engendered some goodwill. Why isn't this double jeopardy? It's not double jeopardy because there are two separate offenses here and the question for double jeopardy is whether defendant was put in for the same offense twice put in jeopardy of life and limb. But what test do we determine that? Well the string of cases starting with Brown and ending most recently with Dixon's Supreme Court case it said that as long as you have and going all the way back to the Blockberger quite frankly as long as the two offenses have separate elements you don't have double jeopardy here and here the receipt has an additional element and the government concedes that had Mr. Schnicker been convicted of receipt and possession for the exact same image and if he had not clarified that receipt and possession counts were different. The different elements alone doesn't answer the question. That's correct. You still got asked whether he knew what he was pleading to. That that's correct and the the offense is necessarily a fact-bound inquiry so you could have. I mean your respective briefs your view is that emails between counts it's a totality of the circumstances inquiry and the combination of the I guess the two factors you rely on most strongly are the exchange of emails and the plea clear that the plea was purely to a possessory offense. That's correct. There were emails between counsel beginning of the change of plea hearing that both the government counsel and the court stated on the record that this was a plea to the possession charge and the receipt count was going forward. In addition to that. And talk about at least discussion about which hard drive was involved. That's exactly there was a written statement of fact signed by the defendant acknowledging that the Western Digital hard drive was. What about the other side's claim that you the date changed eliminated the argument about it's the same image and the testimony was just there you know they're different images I can't remember exactly what the testimony was I just slips my mind but say different images but the other side argues that that's that wasn't a specific enough to make that to meet the burden of proof. You understand my I think I do and please. I hope you do. Stop me if I'm not answering. Oh I will. I acknowledge that there's a split of authority on whether a the same image for a single possession count could but the same image could support two. Will you make your argument why you win? The key factor here is that there was a receipt count and a possession count. A receipt was under 2252. They're both charged under 2252 no big A. The receipt count was under 2052 A2 which makes it illegal to knowingly receive or distribute any visual depiction or knowingly reproduce any visual depiction. In other words the unit of prosecution for receipt is a visual depiction. The possession count was charged under 2252 A4 which makes it a crime to knowingly possess one or more books, magazines, periodicals, or other matters. So the unit of prosecution for possession was the matter. Let me ask you a bit of a broader question. We see so many of these child pornography cases it seems to me in the last several years and obviously the possession and receipt of child pornography not to mention that production and distribution are terrible things. But you know in a sense these cases are also easy to work up and lower hanging fruit and it seems to me I'm seeing fewer cases involving widespread gang activity, criminal gang activity, and also massive white-collar fraud, identity fraud, bank fraud, and the like. This is in the scheme of things not even close to being on the dimension of some of the wide-scale cases, wide-scale illegality that's obviously taking place in the United States. What's going on? Are you still pursuing the complicated difficult cases that are hard to put together? This is not a hard case to put together and of course release resistance might make this the easier course. I understand that this is a matter of I just it's it's also a situation where you see these very low-level drug offenses. Most of those are not seeing a lot of possessory drug offenses and that's good. But the I just wondered why is this? What's happening? I mean let me say I bet right now this appeal this prosecution this doesn't feel so easy does it? It doesn't feel so easy. And part of that is you can answer the question about resources and all but it really isn't part of the justification for these prosecutions. It's not that somebody holds the image but it's that some child somewhere is involved in being put in a position to produce the image. Isn't that the driving force? And so you see it as I'm not answering for you but it strikes me and I've asked these questions like this before. The fact that somebody has an image that you or he or I or somebody else may dislike you don't really care about that. You care about the process that leads to the production and the availability of that image. Isn't that it? And you're concerned about the poor children who are involved. And that's precisely why the Supreme Court has said that possession of child pornography is a carve-out to what otherwise might be protected speech. Because I mean nobody's trying to defend it. I'm just saying I know you just as a matter of the difficulty of relative difficulties in working a case off that this is this is pretty easy picking and of course the behavior is contemptible. It's horrible. But I just wonder if other things are not being neglected. It's harder for everybody. To the extent I can offer the responsibility the question may be slightly above my pay grade but I can say that a case like this not only does it involve a defendant like Mr. Schnicker who had thousands of images which as Judge Shedd indicated is not are not just images but are harm to thousands of individual human beings. Congress has identified that as a serious crime with a finer human beings minor children as young as three in this case being raped, sodomized, other things that I wouldn't want to put into policy is pretty broad. There have been cases in which the images of 40 years old and coming in and those images you know the victim but in a long or whatever and they've been overseas. I mean they've and yet these images were used for prosecution in this day. So the policy is very broad. And I would only say that in this case, Judge Wynn, your reference to overseas the defendant in this case is actually arrested on the tarmac heading over to Asia where many of these images came from. Why don't we see more if it's a child pornography matter why don't we see more cases involving people who are producing this horrible stuff and and and distributing it. I mean I realize it's all a sort of stream of commerce matter and that the receipt and possession provides a market for this despicable activity but what about what about the people who are actually producing this stuff and and people who are distributing it and sending it all around. Well why aren't they being prosecuted as opposed to just the receipt and possession which bad as it is isn't you know it pales in comparison to somebody who's actually producing this film. And in answering your Honor's question I want to respectfully disagree with your contention that this is an easy case and although it may seem easy at the at the end by the time it reaches the prosecutor's office to build a case like this involves extensive work by federal agencies and as part of building cases like this of course those agencies are attempting to get at the people who are producing these images but to follow the trail as it were it requires years decades of putting together who's producing these images where are they coming from they're found on these these individuals computers where is their common connection following those trails overseas and although I don't have direct experience with specific efforts about individuals I know that the basis of these prosecutions are the reason why they're being pursued so vigorously is because at the end of that string if you keep pulling are the sources and that is an incredible amount of work and I'm just as frustrated as your Honor that it takes a while to find these evil criminals let me ask a question about this case that deals with successive prosecution analysis at least it seems to me the first we've got to determine it this is successive prosecution which will then lead us down the path of if it is then the question is whether there's jeopardy jeopardy if it's not question is whether the sentences were more successive prosecution would that mean we'd have to vacate the second conviction yes so if if you did conclude and I don't believe that's the right conclusion because I believe that the superseding indictment simply by changing the date range was not a successive prosecution and I believe that mr. Schnicker was well aware that he was putting to the possession count and the receipt count so the appellate did argue that the conduct was covered in first indictment was actually part of the second one or the second one part of the first what is your response to that I'm not sure I've got if the court if the court goes that way if part of the conduct or all of the conduct is covered how much of it it has to be covered in the second one first if the court concludes that 100% of the same images for both the possession count the receipt count and I don't believe that the record supports that does it matter that one is the less included offensively up it does because that's that means you know if the court includes the same conduct the lesser included defense offense is the one that needs to be that should be dismissed and mr. Schnicker argues that the courts have discretion to dismiss the greater offense but he does not say any cases in the government is not aware of any that suggests that it would be appropriate for the district court to the sentences for the two different offenses here I sometimes get that mix I used to think a receipt had more than possession that's correct the mandatory minimum for receipt is 60 and the district court in this case imposed 66 months and for possession and district court imposed 24 months so if if the court were to accept all of mr. Schnicker's arguments and as I've said I don't think that any of them have it just seems like to me in terms of punishment getting more back to judge Wilkerson's maybe I don't want to get to the policy of it but a case of this sort why would you just dismiss that lower offense in the incentive on the greater one I had mr. Schnicker took proceeded to trial and had he been convicted on both and had and most likely at trial if we would there wouldn't have been separation of evidence I think at the end of the day the possession count would have been dismissed the government brings both because as mr. Citron Berg argued it's a actions deliberate actions that have to be taken by the defendant so to make sure I'm clear you're saying that had it gone to trial he'd been convicted of both what would have dismissed the possession but because he pled guilty to one and then laid us convicted to the other he sent us on both partially had he gone to trial and had there been no distinction between the conduct underlying each count so the only which would have been very difficult to at all at one time and you could bring it in the evidence that's that's my definitely subsumed in the other that that would be my point my my only disagreement with your honor would be punished for having pled guilty usually we give them a little credit for take a little burden off of you pleading guilty to something no so I wouldn't say that he was being punished for being pleading guilty I would say that he pleaded guilty to the Western Digital hard drive to the images on that hard drive leaving the max door for the these cases a hammer you're telling me that this thing been tried straight up he'd been pleaded guilty to both one would have been dismissed the lesser one and only sent us on a great one but because he pled to one and then was convicted the other that doesn't sound like a good strategy to me I'm only saying potentially depending on how the trial evidence came out and that was I thought your answer brought you right into that that issue mm-hmm I thought your answer was gonna be maybe what that when you what you would prove up would have been the same proof that she offered at the trial on the receipt that there were different images well I am that right I yes except if I'm just playing out what this counterfactual had he gone to trial and both the receipt right in possession I presume we would have sought to convict for receipt and because why take the why take the risk to unnecessarily to bifurcated at the trial so he'd have been and you as far as dismissing now the judge wouldn't dismiss do you think or do you think you would have dismissed do you think the judge would have based on the proof just just in this hypothetical assuming that both stood on exactly the same conduct I think under blocker thought about your case why wouldn't you offer at least a fact a fact that it was at least a image on the second hard drive but wouldn't you have done that wouldn't that then have eliminated the issue again it might still expose the worry that if if there were an argument that the jury could put it based on only that fact then the jury could have found in this case it was not a jury trial but hypothetically only I would have supported only a receipt counter only a possession count again I don't know what strategies might have been pursued in this case or if in other cases given other so strikes me then you're saying that you want put to that hard choice hypothetically because of the strategy of the defense in this case by eliminating the hard choice you may have been put to that would have arisen from the way you would have presented the evidence not as you had to but as you would to maximize a conviction I think that's a fair characterization that's right the end result sentences were opposed concurrently here that's correct so the end result is a kind of has the effect that except you got a conviction of the lesser one that is the same thing before at least you only went with the big one yeah that's right and I and just anecdotally I think in these typical cases the government offers pleas to the receipt count and doesn't go after both convictions but that's the more serious charge and if the defense that's why I'm suggesting somebody when he stood up and said no plea agreement with pleading to the position somebody the government starts scratching their head going wait a minute what's going on here I think they're judge when used the sword metaphor and I think there was certainly some or a lot of use of double jeopardy as a sword you offer a split split plea trial situation where you pleading to one count and going to go to trial on another count where it's the same general even though there's a different element under the receipt count but where you talking about these different files and different images but it's all child pornography don't you inevitably run a risk of a double jeopardy claim being brought up I have a when you have a when you're talking about images in child pornography images and you're splitting it and allowing a plea to a possessor count trial on the receipt count seemed to me you would be able to look down the railroad tracks and see a double jeopardy claim coming which I guess is why you put out the spreadsheet that that's right and in discussions with trial counsel he indicated that was precisely why after the defendant approached with this unusual awkwardness it's just odd both as a panelist pointed out it's odd that defense counsel would want this kind of arrangement it's but it's maybe equally odd that the government would would agree to it and I think that that was why the emphasis was placed so heavily on the Western digital hard drive for the plea the email communications statement of facts what isn't the government object to it object to the plea I don't think that the government would have a right to object if the defendant wants to come in there's no right to plea there's no constitutional right to plea none I were you aware of that I suppose I was not but I might even as he had no unless the law has changed that I don't know about the defendant has no right to enter a plea then then perhaps as a practical matter when it when there's a burden to hand it's just in a different that's a different question but then you might walk yourself right into and by the way honestly I don't understand what you say your honor we have some questions about this plea we want to make it clear we ask that this is we're going to go forward on the other or we did say that if we can supersede this lay it out all that on the table I don't understand why by the way why not lay it out on the table say your honor we will the defendant understand that we can I'm not saying we will but we might supersede on this I would just have a list of things I would run down and if I was a defense lawyer I'd go we're pleading guilty and your honor we gonna stand on this we'd say we didn't do anything else and just lay it out there but it's not his obligation the defendant's obligation to lay out possibilities as much if it is an obligation on the government to do it in my opinion. I'd be happy to respond if your honor would like. Judge Shedd is just articulating what I guess when you've been down in the trenches on this and you're trying to figure out how in the world something like this happens and I mean the common sense kicks in you got someone Judge Shedd said maybe it's the entering of the plea or the acceptance of the defendant makes a plea the court does not accept it once the government says I'm gonna go forward you simply let it stay there the fact that he's entered the plea go through the trial even if there's a jury you expect a jury you know if he wants to get up and say I plead to this you can do it then you have one judgment at the end and your board this kind of but I guess you want to give us some work to do. All right thank you. Thank you and you were successful. Mr. Sitrenberg. I just want to respond briefly to some of the debate that was being had over the policy issue because I think that bears directly on the strategy point that was raised earlier. Before you get there speak to that point that he made that if this thing had gone to trial and he'd been convicted and both proceed in possession the likelihood is that possession would have been dismissed. It would have been in the discretion of the judge and there's some the authorities mixed in the circuit on the question of whether too much discretion that the same conduct was there though to support both. As to which count there's some discretion is there's an argument as to the discretion of which count the government argues and maybe this court. You were just making a considered judgment to go on I take it on the possession and for tactical legal and strategic reasons. Correct and again one of those reasons was and I don't know how much of the time it was but a little bit at least most of it it was what he mentioned it the sympathy which comes back to the policy. And the law is largely settled. The law is largely already determined why the defendant can and can't do and so you don't want us to beat you up too badly because you thought about it try to come up with another approach within the law and the facts of your case to help the client. Correct. And the prosecutor specific too because a lot of prosecutors probably wouldn't have gone for it once they had to plead. You might have been relied on that. Honestly I might say it's EDVA specific but one could potentially say it's. What were you starting off to say? I was starting off to say in terms of I think there was some questions of policy it's what the main motivation in addition to double jeopardy the main motivation was that once there was a conviction on the possession that again there was a fact-based argument it was not really a confession in this case that you know that it's a bench trial it may have some influence on the judge potentially although it's not really relevant but is these type of considers considerations obviously factor but are irrelevant to the consideration for this court so what I did want to say is with respect to why didn't the government object it's obvious why they didn't object they wanted to lock in the conviction if they went to trial and we were able to come up with different sometimes things fall apart a trial their problems with trial by us pleading guilty and they're not objecting the benefit they got was a guaranteed conviction and they got the benefit to try and now they have a conviction also get the five-year mandatory minimum that was the reason they did it my point is had the objective they quote myself you can't to it they might have driven a little bit better bargain with you on how you did plea that's just my yes there are probably various things that the government could have done that would have altered the plea calculus for us but that isn't what happened in this case so as I also wanted to mention the reason why the failure to object goes to the nature of this super than a superseding diet goes to the jeopardy issues because it goes to the voluntariness of if the defendant is pleading guilty and is not aware and has no reason to know that the conduct that he's pleading guilty to in this possession count could be superseded you want to draw your plea well I think we're past that point your honor I think once jeopardy is attached to that plea and now there's a judgment on that plea I think it's the courts requirement to vacate the other count jeopardy attached to the possession first there's a later prosecution in time all subsequent prosecutions have to then be vacated have they been a unitary prosecution as the government mentioned it would have been of course discretion but because it was first in time was possession second time was received of course would not have had discretion would have had to vacate there so they're not have indicted you a second time I'm just that narrow skinny range of dates I'm just asking because you said the superseding that in order to the date range by four or five months a couple months could you not have been indicted a second time superseding a new indictment on that range well they certainly could have but in terms of whether there was a factual double jeopardy issue would have certainly depend on the facts of the case I believe the facts would have been relevant to whether the narrow range was created a double jeopardy same back case that they made in this case but by saying there was some some images were different some images which may or may not have been child pornography images were different but with respect to I think your question on the date range the narrow day range it's other states unclear whether certainly they if they showed full distinctness that the image is possessed on this later date where it had nothing to do with the receipt on this initial date I think that would have been proper to have a second indictment okay but because again that's one of the issues raised is okay one last point I want to but it could have been done had the evidence showed met that standard that they were different without wanting to make the concession I believe yes okay awesome thank you one one last thing I just wanted to get into before again the court has addressed a lot of the first issue and third issue just the second issue of the the actual superseding indictment itself referenced the Western digital hard drive is something that was going to be required to be forfeited in this as part of the superseding prosecutions the indictment specifically incorporated the conduct to which he'd already pled guilty and the government really didn't respond to the argument in its brief and I just want to add on this point that to the extent the only argument that that conduct was not part of the second prosecution that when we went to trial the questions were we going to trial on the Western digital and the and the Mac store or just on the Mac store now the government said that in its trial brief that we were going forward on the Mac store and the question I think for this court to consider as to the issue is did the government's remark in the trial brief actually narrow the scope of jeopardy and the answer is no but in the authority side but also based on various briefs of the government the government's argued in multiple cases and multiple circuits successfully that a trial brief does not narrow the scope of jeopardy I'd point to here's a brief it's 2011 Westlaw 5 3 9 0 1 6 7 it's USB shared 11-1 5 3 4 from October 31st 2011 they say that the trial memorandum is not a bill of articulars a trial memorandum is just to provide a judge with background and summarizing the expected testimony but it's not a formal commitment of the statement of facts it's going to be presented it's just an expectation of the evidence and that's government makes the same claim in usv Roscoe 1992 Westlaw 12025022 it's a this one's out of the Second Circuit 91-1 5 9 0 from there's a subsequent letter or some other indication as to what the evidence is going to be at the trial what the theory they're arguing there was this the second argument that even if even if he did he just made on oral argument I'm sorry that he just made on oral argument you're up to it to rebut what he said and he said what the jury buddy I believe he made the double jeopardy argument broadly I think it is responsive to the broader double jeopardy argument I would just briefly point out if I may have 30 additional seconds that it doesn't point out the council thank you thank you we will adjourn court and come down brief counsel God save the United States
judges: J. Harvie Wilkinson III, Dennis W. Shedd, James A. Wynn, Jr.